# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., <br><br> Plaintiff, <br><br> v. <br><br> ALLAN SEBANC, in his individual and representative capacity as trustee; BEVERLY M. SEBANC, in her individual and representative capacity as trustee; SUKHWANT S. SEKHON; and Does 1-10, <br><br> Defendants, | **Case No.** 3:16-CV-06086-JST <br><br> [ORDER] TO EXTEND DATE FOR FILING DISMISSAL |

Plaintiff RAFAEL ARROYO, JR. v("Plaintiff") and Defendants ALLAN SEBANC, in his individual and representative capacity as trustee; BEVERLY M. SEBANC, in her individual and representative capacity as trustee; SUKHWANT S. SEKHON ("Defendants") hereby stipulate to extend the deadline to file a Dismissal to August 30, 2017.

IT IS SO ORDERED.

Dated: July 31, 2017

_____
JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE

1